# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LESLIE YOUNG

NO. 2021 KW 1538

**MARCH 14, 2022**

---

In Re:     Leslie Young, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 02-87-0665.

---

**BEFORE:    HOLDRIDGE, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge
Parish Clerk of Court's Office reflect that the district court
acted on relator's "Motion for remedy, redress of the sanity
violation that occurred in the instant case/and petitioner is
requesting the trial court to c[o]nduct a nunc-pro-tunc
competency hearing" on June 25, 2021. Relator may obtain from
the district court a copy of the trial court's ruling on his
motion.

**GH**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT